F I L E D
Clerk
District Court

OCT 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 97-00035-001 |
| Plaintiff, ) | |
| ) | |
| vs. ) | TERMINATION |
| ) | |
| PANGELINAN, FRANCISCO S. ) | |
| Defendant. ) | |
| _____) | |

Re:   **Completion of Term of Supervised Release**

    Francisco S. Pangelinan was sentenced on October 15, 1998 for Distribution of Methamphetamine Within a Thousand Feet of a School Zone, in violation of 21 U.S.C. §§ 841(a)(1) and 860. He was ordered to serve a term of imprisonment of twelve months and one day, followed by a 72 month term of supervised release with conditions to include: that he not commit another federal, state, or local crime; that he comply with standard conditions of release; that he not possess a firearm or dangerous weapon; that he not possess, distribute, or administer any controlled substances; that he submit to drug testing under the direction of the U.S. Probation Office; that he participate in a treatment program for narcotic/drug/alcohol abuse; and that he gain and maintain employment. He was further ordered to pay a $6,000 fine and a $100 special assessment fee. He has been on supervised release since October 13, 1999.

    Mr. Pangelinan has substantially complied with the conditions of his supervised release.   He completed substance abuse treatment and during his six year term of supervised release, he consistently tested negative for illicit substances. He is gainfully employed as the owner of Da Place Sports Bar and makes $100 monthly payments towards his fine obligation. His balance, as of October 12, 2005, remains at $2,315.00. Mr. Pangelinan paid his special assessment fee on October 22, 1998. On February 10, 2003, he was sanctioned for failure to submit timely monthly supervision reports to his probation officer and failure to make fine payments. He was ordered to complete 100 hours of community service, which he satisfied on January 23, 2004. On May 25, 2004,

TERMINATION, Completion of Term of Supervised Release
Re:   PANGELINAN, Francisco
USDC Cr. Cs. No. 97-00035-001
October 19, 2005
Page - 2 -

he was sanctioned again for the same violations and ordered to complete an additional 100 hours of community service. He satisfied that condition on July 7, 2004. On May 5, 2005, he complied with his DNA testing requirements. Mr. Pangelinan's case expired on October 12, 2005.

RESPECTFULLY submitted this 20th day of October 2005.

                                FRANK MICHAEL CRUZ
                                Chief U.S. Probation Officer
By:     _____
                                MELINDA N. BRUNSON
                                U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

*************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Francisco S. Pangelinan be discharged from supervised release and that the proceeding in the case be terminated.

Dated this 20th day of October 2005.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands