ORIGINAL

**PANGELINAN_F.ter**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

F I L E D
Clerk
District Court

JUN 2 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00035 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT; ORDER** |
| FRANCISCO S. PANGELINAN, ) | |
| Defendant, ) | |
| FIRST HAWAIIAN BANK, ) | |
| Garnishee. ) | |

On or about July 16, 2002, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about June 9, 2006, our office confirmed with

//
//
//
//
//
//

the garnishee that Defendant FRANCISCO S. PANGELINAN's account number XXXX-XX6203 is no longer active and has been closed. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment.

DATED this 14th day of June, 2006.

LEONARDO M. RAPADAS<br>
United States Attorney<br>
Districts of Guam and the NMI

By: /s/ MARIVIC P. DAVID
MARIVIC P. DAVID
Assistant U.S. Attorney

* * * * * * O R D E R * * * * * *

Based upon the foregoing, the Writ of Continuing Garnishment is hereby terminated.

DATED: 6-20-06

ALEX R. MUNSON
Chief Judge
District Court for the Northern
   Mariana Islands