ORIGINAL

```
PANGELINAN_F.facg                                F I L E D
                                                   Clerk
LEONARDO M. RAPADAS                             District Court
United States Attorney
MARIVIC P. DAVID                                 JUN 2 0 2006
Assistant U.S. Attorney
Sirena Plaza, Suite 500                    For The Northern Mariana Islands
108 Hernan Cortez Avenue                   By_____
Hagåtña, Guam  96910                            (Deputy Clerk)
TEL:  (671) 472-7332
FAX:  (671) 472-7215
```

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00035 |
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON** |
| | ) | **TERMINATION OF GARNISHMENT** |
| FRANCISCO S. PANGELINAN, | ) | |
| Defendant, | ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:   First Hawaiian Bank
      P.O. Box 500625
      Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about July 16, 2002, $200.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands, 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this __14th__ day of June, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1999Z00048

DEBTOR: Pangelinan, Francisco S.
COLLECTION TYPE:   3
BALANCE AS OF OCTOBER 13, 2005:   $3,777.04

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 06-AUG-2002 | CH/H | 5555 | 51489279 | $   200.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:   $   200.00