**PANGELINAN_F.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00035 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| FRANCISCO S. PANGELINAN, ) | |
| Defendant, ) | |
| FIRST HAWAIIAN BANK, ) | |
| Garnishee. ) | |

The United States of America, the judgment creditor herein, hereby certifies that filed copies of the following:  **Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination Writ of Continuing Garnishment; Order** were sent to the defendant and garnishee by mail on June 28, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:  7/6/2006        By:    /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney
Marivic.David@usdoj.gov