USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.
Case 1:97-cr-00035    Document 19    Filed 04/11/2008    Page 1 of 7

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR 97-00035 |
| DEFENDANT | TYPE OF PROCESS |
| FRANCISCO S. PANGELINAN | SERVICE OF DEPO SUBPOENA |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Francisco S. Pangelinan
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Saipan, MP

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office, Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

**FILED**
Clerk
District Court
APR 11 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

See attached for information purpose only. Not to be filed with the Court.

Signature of Attorney other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT
JESSICA F. CRUZ, Assistant U.S. Attorney
TELEPHONE NUMBER: 671-472-7332
DATE: 3/7/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 073 | District to Serve No. 005 | Signature of Authorized USMS Deputy or Clerk | Date 3/12/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | $0.00 |

REMARKS: Subject has moved off island and is believed to be in the San Diego CA. Area. Per Michelle Perez USAO - Guam Forwarding of Service NOT Required.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | SUBPOENA |
|---|---|
| V. | |
| FRANCISCO S. PANGELINAN | Case Number: CR 97-00035 |

TO: Francisco S. Pangelinan
P.O. Box XXXX SVRB
Saipan, MP 96950

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| U.S. Attorney's Office, 3rd Floor<br>Horiguchi Building, Garapan, MP | May 21, 2008 at 3:00 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED NOTICE OF INTENT TO TAKE ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Plaintiff | 3/7/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
JESSICA F. CRUZ, Assistant U.S. Attorney    TEL: 671-472-7332
MIKEL W. SCHWAB, Assistant U.S. Attorney
U.S. Attorney's Office, Sirena Plaza, Ste. 500, 108 Hernan Cortez Ave., Hagatna, GU 96910

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

1  **PANGELINAN_F.dep**

2  LEONARDO M. RAPADAS
   United States Attorney
3  JESSICA F. CRUZ
   Assistant U.S. Attorney
4  MIKEL W. SCHWAB
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
7  FAX: (671) 472-7334

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN MARIANA ISLANDS

10 
11 UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 97-00035
                                      )
12         Plaintiff,                 )
                                      )
13      vs.                           )   NOTICE OF INTENTION TO TAKE
                                      )   ORAL DEPOSITION WITH
14 FRANCISCO S. PANGELINAN,           )   SUBPOENA DUCES TECUM
                                      )
15         Defendant.                 )
   _____    )

16 TO:   Francisco S. Pangelinan
17       P.O. Box XXXX SVRB
         Saipan, MP 96950
18

19      Please take notice that the United States of America, the plaintiff and judgment creditor

20 herein, will, on May 21, 2008, take oral deposition of defendant, FRANCISCO S.

21 PANGELINAN, in the above referenced case pursuant to Rules 30 and 69(a) of the Federal

22 Rules of Civil Procedure and in aid of collecting its judgment.

23      Said deposition will take place at the offices of the United States Attorney, 3rd Floor,

24 Horiguchi Building, Garapan, Saipan, MP at 3:00 p.m. on May 21, 2008 and will continue until

25 completed. Said deposition will be taken before a Certified Court Reporter and will be taken

26 upon oral examination for the purpose of discovery or as evidence or both pursuant to the

27 Federal Rules of Civil Procedure.

28 //

1 | Notice is hereby further given that at this deposition defendant, FRANCISCO S. PANGELINAN, is hereby required to produce all documents described in the accompanying Schedule A.

DATED, this 7th day of March, 2008.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and the NMI


By:   /s/ Jessica F. Cruz
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        Jessica.F.Cruz@usdoj.gov
        MIKEL W. SCHWAB
        Assistant U.S. Attorney
        mikel.schwab@usdoj.gov

SCHEDULE A TO NOTICE OF INTENT TO TAKE
ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Full and complete copies of your income tax returns for the past three (3) years filed by you or any business in which you owned an interest, or evidence of request to CNMI Revenue and Taxation for filing of extension.

2. Earnings statements from your twelve (12) most recent pay checks.

3. Business records for the present year and past calendar or tax year which reflects assets, liabilities, contingent liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which you or your spouse owns any interest.

4. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you or your spouse owns any interest has an account of any kind.

5. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you or your spouse have an account of any kind.

6. All trust agreements in which you or your spouse are named settlor, trustee, or beneficiary.

7. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned by you or in which you or your spouse have any ownership interest.

8. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned by you or in which you or your spouse have any ownership interest.

9. A listing of all stock, bonds, or other securities of any class you own separately or jointly with others, including options to purchase any securities and the actual instruments if in your possession.

10. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you or your spouse have an account of any kind.

11. Title to any motor vehicle owned by you or your spouse.

12. All life insurance policies in which you are either the insured or the beneficiary.

13. All promissory notes held by you, and all other documents evidencing any money owed to you either now or in the future.

14. All financial statements prepared by or for you in the last twelve (12) months and an updated verified Department of Justice financial statement (OBD 500) not more than sixty (60) days old (attached hereto).

15. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you, either by gift, sale, or otherwise in the last twelve (12) months.

16. A schedule of all regular expenses paid by you, such as installment debts, food, utilities, etc. Include the amount paid, the payee, and, if an installment debt, the amount of the debt owing and any security pledged.

17. All documents evidencing any interest you have in any pension plan, retirement fund, or profit sharing plan.

18. A certified copy of any divorce decree granted to you, plus a copy of any property settlement resulting from said divorce, including alimony and child support agreements or orders.

**Perez, Michelle (USAGU)**

| | |
|---|---|
| From: | ecf-nmid@nmid.uscourts.gov |
| Sent: | Tuesday, March 11, 2008 4:11 PM |
| To: | ecf-nmid@nmid.uscourts.gov |
| Subject: | Activity in Case 1:97-cr-00035 United States of America v. Pangelinan Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Northern Mariana Islands

**Notice of Electronic Filing**

The following transaction was entered by Cruz, Jessica on 3/11/2008 at 4:11 PM GMT+10 and filed on 3/11/2008

**Case Name:**      United States of America v. Pangelinan
**Case Number:**    1:97-cr-35
**Filer:**          United States of America
**Document Number:** 48

**Docket Text:**
**NOTICE** *of Intention to Take Oral Deposition with Subpoena Duces Tecum* **by United States of America as to Francisco S. Pangelinan (Cruz, Jessica)**


**1:97-cr-35-1 Notice has been electronically mailed to:**

Jessica F. Cruz     Jessica.F.Cruz@usdoj.gov, marie.chenery@usdoj.gov, Michelle.Perez@usdoj.gov, mikel.schwab@usdoj.gov, usagu.docket@usdoj.gov

Marivic P. David     Marivic.David@usdoj.gov, Michelle.Perez@usdoj.gov

**1:97-cr-35-1 Notice will be delivered by other means to:**

Charles R. Rotbart
SPS-831 P.O. Box 10,006
Saipan, MP 96950

David T Wood
Horiguchi Bldg, 3rd Floor
P.O. Box 50377
Saipan, MP 96950

1

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=3/11/2008] [FileNumber=29162-0]
[4be89e555898d4160b5d3eba82a9e9586d9f9413994068bb565f8cd2cb09558f19b6d
7075eafc1579d599a91f5c42243c29ad28916b8f7e64aef6a01555b0e04]]